UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 16 2001
Clerk, U.S. District Court
District of Columbia

UNITED STATES ex rel., JAMES THOMPSON,

Plaintiffs,

v.

COLUMBIA/HCA HEALTHCARE CORPORATION, et al.,

Defendants.

Civ. A. No. 01-ms-50 (RCL)
Civ. A. No. 99-3302 (RCL)

**MEMORANDUM AND ORDER**

On February 7, 2001, James Thompson, the relator in this *qui tam* action, made three motions. First, he moved for the unsealing of his case as to all matters occurring after August 18, 1995.[1] Second, he moved for the Court to consider and grant the motion filed in this case by the United States on April 17, 2000. Third, he moved for a status conference to be scheduled to address the formation of a steering committee for the relators.

With regard to the relator's motion to unseal, all other parties to his case--including the United States and HCA/Columbia--consent to the unsealing. See Brief of Untied States, Jan. 16, 2001, at 12-13; Brief for HCA, Feb. 14, 2001, at 1. Thus, seeing no opposition, the Court grants the relator's

[1] The relator also moved for the unsealing of the other MDL cases as of December 14, 2000. As the Court's Orders of December 14, 2000 accomplished this, the Court need not address the relator's motion and dismisses it as moot.



4/26

motion to unseal.

The relator's second motion need not be addressed as the Court has issued a decision on the United States' April 17, 2000 motion. It is thus dismissed as moot.

The relator's motion for a status conference, though well intentioned, is somewhat premature. Although a steering committee might well be helpful in a case of this size and complexity, the current posture of the case makes this an inopportune time to form such a committee. Because the group of relators is yet to be finalized, and (according to the Court's January 30, 2001 Order) may not be finalized until the end of March, any committee formed would likely be altered, possible confusing and protracting this litigation even further. The Court appreciates the relator's intentions, and is open to the renewal of this issue at the appropriate time. For now, however, the motion must be denied.

Thus, consistent with the foregoing explanation, it is hereby

ORDERED that the relator's motion to unseal his case file as to all matters occurring after August 18, 1995 is GRANTED. The Clerk is ORDERED to unseal the file as described. Further, it is

ORDERED that the relator's motion to unseal all other files in 99-ms-432 is DISMISSED AS MOOT; further, it is

ORDERED that the relator's motion for the Court to consider the United States' motion in this case filed April 17, 2000 is DISMISSED AS MOOT; further, it is

ORDERED that the relator's motion for the scheduling of a status conference is DENIED.

SO ORDERED.

Date: 2-16-01

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE